# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL COBBOLD, | No. 4:20-CV-01292 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN DOUGLAS K. WHITE, | |
| Respondent. | |

## ORDER

**AND NOW**, this 21st day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge